```
                                                FILED
                                              JUN 1 3 2018
                                         CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
                                       BY        ajs        DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE CHERISE BRONTE,<br><br>Plaintiff,<br><br>vs.<br><br>LENSCRAFTER; GENERAL ELECTRIC CAPITAL RETAIL BANK; SYNCHRONY BANK; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:16-cv-02728-WQH-JMA<br><br>**ORDER JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable William Q. Hayes |

///
///
///
///
///

ORDER ON JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Having reviewed the Joint Motion to Dismiss Entire Action with Prejudice submitted by Plaintiff, CLAIRE CHERISE BRONTE, and Defendants, SYNCHRONY BANK AND LUXOTTICA RETAIL NORTH AMERICA dba LENCRAFTERS, IT IS HEREBY ORDERED that the parties' Joint Motion is GRANTED, and this action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this /2 day of June, 2018

_____
The Honorable William Q. Hayes
United States District Judge for
the Southern District of California

---

ORDER ON JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE